Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LOUISE GREEN,

        Plaintiff,

    v.

NORTHLAND GROUP, INC.,

        Defendant.

Case No.

**NORTHLAND GROUP, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that Defendant Northland Group, Inc. ("Northland") hereby removes to this Honorable Court the state court action described below.

    1.    On or about June 17, 2016, Plaintiff Louise Green ("Plaintiff") commenced an action in the Superior Court of the State of California, County of Contra Costa, entitled *Louise Green v. Northland Group, Inc.* and assigned Case No. L16-01935. Copies of the summons, complaint and concurrently served documents are attached as Exhibit A.

    2.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Northland pursuant to 28 U.S.C. § 1441(b) in that it presents a federal

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

question as Plaintiff alleges violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

3.     Plaintiff caused a copy of the summons and complaint to be served on Northland's agent of process via personal delivery on June 27, 2016.  This removal is therefore timely.

4.     Northland is the only named defendant in the above-captioned matter.

5.     On July 27, 2016, Northland filed its answer to the complaint in the Superior Court of California.  A copy of Northland's answer is attached as Exhibit B.  Northland is aware of other filings in this matter.  A copy of the Notice of Case Management Conference is attached as Exhibit C.

6.     As required by 28 U.S.C. § 1446(d), Northland will give notice of the filing of this notice to Plaintiff and to the clerk of the Superior Court of California, County of Contra Costa, where the action is currently pending.

WHEREFORE, Northland respectfully requests that the above-captioned matter, currently pending in the Superior Court of California, County of Contra Costa, be removed to this Honorable Court.

KLINEDINST PC

DATED: July 27, 2016              By:  */s/ Christopher D. Holt*
                                       Christopher D. Holt
                                       Attorneys for Defendant
                                       NORTHLAND GROUP, INC.

16723900v1

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

# EXHIBIT A

6-27-16 @ 215

COPY

BY FAX

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*



JUN 20 2016

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NORTHLAND GROUP, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LOUISE GREEN

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of Contra Costa<br>725 Court Street<br>Martinez, CA 94553 | CASE NUMBER: *(Número del Caso):*  C16-01935 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 324 S. Beverly Dr., #725, Beverly Hills, CA 90212, 877-206-4741

| DATE: *(Fecha)* | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  **Northland Group, Inc.**

under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☒ by personal delivery on *(date):*  6-27-16

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 1

COPY



Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF CONTRA COSTA
### LIMITED JURISDICTION

L16-01935

| | |
|---|---|
| LOUISE GREEN, | Case No. |
| Plaintiff, | COMPLAINT FOR |
| -vs- | 1. Violation of Rosenthal Fair Debt Collection Practices Act |
| NORTHLAND GROUP, INC., | 2. Violation of Fair Debt Collection Practices Act |
| Defendant. | (Amount not to exceed $10,000) |
| | Jury Trial Demanded |

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO
DEPT __17__

BY FAX

## I. INTRODUCTION

1.   This is an action for damages brought by Plaintiff LOUISE GREEN for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. PARTIES

2.   Plaintiff, LOUISE GREEN. ("Plaintiff"), is a natural person residing in CONTRA COSTA County in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

Complaint - 1

3.     At all relevant times herein, Defendant, NORTHLAND GROUP, INC.. ("Defendant"), was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.     At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff regarding an alleged debt.

5.     On or about May, 2014, Plaintiff and Defendant reached an agreement that Defendant would withdraw $50.00 per month for twenty-four months from Plaintiff's bank account to pay off Plaintiff's alleged debt.  The debits from Plaintiff's account were scheduled to begin in August, 2014.

6.     On or about December, 2015, Plaintiff noticed that Defendant had not debited her account as usual.  Further, Defendant had increased the amount of the debt from $11,044.22 before the payments to $11,478.50, with no explanation.

7.     As a result of Defendant's actions, Plaintiff retained counsel.  A notice of representation and request for validation of the debt was sent to Defendant on March 8, 2016. Defendant has failed to respond to that letter at this time.

8.     Defendant's conduct violated the FDCPA and RFDCPA in multiple ways, including but not limited to:

a) Falsely representing the character, amount, or legal status of Plaintiff's debt (§ 1692e(2)(A));

b) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§ 1692e(10);

c) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§ 1692e(5)); and

d) Threatening to take an action against Plaintiff that is prohibited by § 1788 of the California Civil Code (Cal Civ Code § 1788.10(f)).

9.   As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continue to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL

## FAIR DEBT COLLECTION PRACTICES ACT

10.   Plaintiff reincorporates by reference all of the preceding paragraphs.

11.   To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

      A.      Actual damages;
      B.      Statutory damages for willful and negligent violations.
      C.      Costs and reasonable attorney's fees; and
      D.      For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT

## COLLECTION PRACTICES ACT

12.   Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

      A.      Actual damages;
      B.      Statutory damages;
      C.      Costs and reasonable attorney's fees; and,
      D.      For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 17th day of June, 2016.

By:    _____
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Complaint - 4

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

GREEN VS NORTHLAND GROUP, INC.

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSL16-01935

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  11/14/16      DEPT:  17      TIME:  8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
       issues
    i.  an order determining when demurrers and motions will be filed

SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  06/20/16

D. WAGNER
Deputy Clerk of the Court

COPY

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Todd M. Friedman, Esq. SBN 216752
Law Offices of Todd M. Friedman
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
TELEPHONE NO: 877-206-4741   FAX NO: 866-633-0228
ATTORNEY FOR *(Name):* Plaintiff, Louise Green

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Contra Costa
STREET ADDRESS: 725 Court St.
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, 94553
BRANCH NAME: Wakefield Taylor Courthouse

**FOR COURT USE ONLY**

FILED
JUN 20 2016

STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____ Deputy

**CASE NAME:**
Louise Green v. Northland Group, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☑ Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | L16-01935  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:
   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)
   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☑ Other non-PI/PD/WD tort (35)
   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)
   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)
   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)
   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)
   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)
   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 2
5. This case ☐ is  ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: June 17, 2016

Todd M. Friedman
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 2

BY FAX

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability *(e.g., slip and fall)*
 Intentional Bodily Injury/PD/WD *(e.g., assault, vandalism)*
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights *(e.g., discrimination, false arrest)* *(not civil harassment)* (08)
Defamation *(e.g., slander, libel)* (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections *(e.g., money owed, open book accounts)* (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property *(e.g., quiet title)* (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

# EXHIBIT B

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF CONTRA COSTA - LIMITED JURISDICTION DIVISION

| | |
|---|---|
| LOUISE GREEN, | Case No.   L16-01935 |
| Plaintiff, | **NORTHLAND GROUP, INC.'S ANSWER TO COMPLAINT** |
| v. | Dept:              17 |
| NORTHLAND GROUP, INC., | Complaint Filed:  June 20, 2016 |
| Defendant. | Trial Date:        None set |

Defendant NORTHLAND GROUP, INC. ("Northland"), by and through its attorneys of record, Klinedinst PC, hereby generally and specifically denies and answers Plaintiff LOUISE GREEN's ("Plaintiff") unverified Complaint as follows:

Under the provisions of Section 431.30 of the California Code of Civil Procedure, Northland denies each, every and all of the allegations in the complaint, in the conjunctive and disjunctive, and each cause of action therein, and the whole thereof, and further generally and specifically denies that Plaintiff has sustained any loss, injury, or damage as a proximate result of any act, breach, or omission on the part of Northland.

## AFFIRMATIVE DEFENSES

Further, in response to the complaint, and each and every cause of action stated therein, Northland asserts the following affirmative defenses:

/ / /

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

### FIRST DEFENSE

As a first affirmative defense, Northland states that Plaintiff's complaint fails to state a claim against Northland for which relief can be granted.

### SECOND DEFENSE

As a second affirmative defense, Northland states that Plaintiff's causes of action against Northland are asserted in bad faith and that Northland is therefore entitled to recover its reasonable expenses, including attorneys' fees.

### THIRD DEFENSE

As a third affirmative defense, Northland states that Plaintiff's causes of action are barred as a result of her failure to mitigate damages and/or injury.

### FOURTH DEFENSE

As a fourth affirmative defense, Northland states that if an error occurred, it was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### FIFTH DEFENSE

As a fifth affirmative defense, Northland states that Plaintiff's claims are barred in whole or in part by the statute of limitations.

### SIXTH DEFENSE

As a sixth affirmative defense, Northland states that any alleged actions, to the extent they violate California or federal law, which Northland denies, were not willful.

### SEVENTH DEFENSE

As a seventh affirmative defense, Northland states that Plaintiff suffered no damage from the alleged violations by Northland and therefore is not entitled to any award of damages, attorney's fees or costs.

### EIGHTH DEFENSE

As an eighth affirmative defense, Northland states that any damage to Plaintiff, which Northland denies, is due to the acts or omissions of Plaintiff and/or third parties and Northland is not liable for said acts, omissions or alleged damages.

NORTHLAND GROUP, INC.'S ANSWER TO COMPLAINT

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

### NINTH DEFENSE

As a ninth affirmative defense, Northland states that all of Northland's actions have been in accordance with California and federal debt collection practices and consumer credit laws.

### TENTH DEFENSE

As a tenth affirmative defense, Northland states that Plaintiff's claims are barred by lack of proximate cause.

### ELEVENTH DEFENSE

As an eleventh affirmative defense, Northland states that Plaintiff's claims are barred because Plaintiff failed to perform as agreed in breach of the contracts with underlying creditors.

### TWELFTH DEFENSE

As a twelfth affirmative defense, Northland states that Plaintiff's claims are barred by Plaintiff's unclean hands.

### THIRTEENTH DEFENSE

As a thirteenth affirmative defense, Northland states that Plaintiff's claims are barred by the doctrine of unjust enrichment.

### FOURTEENTH DEFENSE

As a fourteenth affirmative defense, Northland states that Plaintiff's claims are barred by the defense of in pari delicto.

### FIFTEENTH DEFENSE

As a fifteenth affirmative defense, Northland states that Plaintiff may be contractually obligated to arbitrate any dispute, claim or controversy which arises out of the transaction that is the subject matter of the instant litigation.

### SIXTEENTH DEFENSE

As a sixteenth affirmative defense, Northland states that Plaintiff's claims are barred by lack of standing.

### SEVENTEENTH DEFENSE

As a seventeenth affirmative defense, Northland states that Plaintiff consented to and/or invited the conduct for which she seeks relief.

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

1

## EIGHTEENTH DEFENSE

2       As an eighteenth affirmative defense, Northland states that Plaintiff's claims are barred

3   by res judicata/collateral estoppel.

4

## NINETEENTH DEFENSE

5       As a nineteenth affirmative defense, Northland states that it may have additional defenses

6   that cannot be articulated due to Plaintiff's failure to particularize her claims, due to the fact that

7   Northland does not have copies of certain documents bearing on Plaintiff's claims and due to

8   Plaintiff's failure to provide more specific information concerning the nature of the damage

9   claims and claims for certain costs.  Northland therefore reserves the right to assert additional

10  defenses upon further particularization of Plaintiff's claims upon discovery of further

11  information concerning the alleged damage claims and claims for costs, and upon the

12  development of other pertinent information.

13

## **PRAYER**

14      WHEREFORE, Northland prays for judgment against the Plaintiff as follows:

15      1.      That Plaintiff take nothing by way of her action;

16      2.      That Northland be awarded costs of suit incurred herein including

17              reasonable attorney's fees; and

18      3.      For such other and further relief as the court deems just and proper.

19

20                              KLINEDINST PC

21  DATED: July 25, 2016

22                              By: _____
                                    Christopher D. Holt
23                                  Attorneys for Defendant
                                    NORTHLAND GROUP, INC.
24  16722604v1

25

26

27

28

---

4

NORTHLAND GROUP, INC.'S ANSWER TO COMPLAINT

1  Christopher D. Holt, Bar No. 228399
2  KLINEDINST PC
   5 Hutton Centre Drive, Suite 1000
3  Santa Ana, California 92707
   (714) 542-1800/FAX (714) 542-3592
4  cholt@klinedinstlaw.com

5  Attorneys for Defendant
   NORTHLAND GROUP, INC.
6

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9    **FOR THE COUNTY OF CONTRA COSTA - LIMITED JURISDICTION DIVISION**

10

11  LOUISE GREEN,                        Case No.    L16-01935
12            Plaintiff,                 **PROOF OF SERVICE**
13       v.                              Dept:          17
                                         Complaint Filed: June 20, 2016
14  NORTHLAND GROUP, INC.,               Trial Date:    None set
15            Defendant.
16

17

18       I declare that:

19       I am and was at the time of service of the papers herein, over the age of eighteen (18)
20  years and am not a party to the action. I am employed in the County of Orange, and my business
    address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California.

21       On July 27, 2016, I caused to be served the following documents:

22             **NORTHLAND GROUP, INC.'S ANSWER TO COMPLAINT**

23  ☐  **VIA FACSIMILE TRANSMISSION:** (Code Civ. Proc. §§ 1013(e) and (f)): From fax
24     number (714) 542-3592 to the fax numbers listed below and/or on the attached service list.
       The facsimile machine I used complied with Rule 2.306 and no error was reported by the
25     machine.

26  ☐  **VIA ELECTRONIC TRANSMISSION:** Complying with an agreement with all parties, I
27     caused the document(s) to be sent to the person(s) at the e-mail address(es) listed below. I
       did not receive, within a reasonable time after transmission, any electronic message or other
28     indication that the transmission was unsuccessful. My electronic service address is
       tbriones@klinedinstlaw.com. A copy of the sent email will be maintained with the original

                                          1
                                 **PROOF OF SERVICE**

document(s) in our office. (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, Rule 2.251)

☐ **VIA ELECTRONIC FILING SERVICE:** Complying with Code of Civil Procedure section 1010.6, my electronic business address is tbriones@klinedinstlaw.com and I caused such document(s) to be electronically served through the _____ system for the above-entitled case to those parties on the Service List maintained on its website for this case. The file transmission was reported as complete and a copy of the Filing/Service Receipt will be maintained with the original document(s) in our office.

☒ **VIA MAIL:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

    ☒    **BY FIRST-CLASS MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

    ☐    **BY OVERNIGHT DELIVERY (Code of Civ. Proc. §§ 1013(c) and (d))**

    ☐    **BY CERTIFIED RETURN RECEIPT MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>324 S. Beverly Dr. #725<br>Beverly Hills, CA 90212 | T: (877) 206-4741<br>F: (866) 633-0228<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com<br><br>Attorneys for Plaintiff<br>LOUISE GREEN |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2016, at Santa Ana, California.

_____
Tez C. Briones

16722598v1

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

2

**PROOF OF SERVICE**

# EXHIBIT C

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

GREEN VS NORTHLAND GROUP, INC.

NOTICE OF CASE MANAGEMENT CONFERENCE                CIVMSL16-01935

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 11/14/16        DEPT: 17        TIME:  8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date____
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
        issues
    i.  an order determining when demurrers and motions will be filed

SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

      Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  06/20/16

                              D. WAGNER
                              Deputy Clerk of the Court

1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California  92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
5  Attorneys for Defendant
   NORTHLAND GROUP, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  LOUISE GREEN,                    │  Case No.
                                     │
12              Plaintiff,,          │  **CERTIFICATE OF SERVICE**
                                     │
13        v.                         │  Trial Date:      None set
                                     │
14  NORTHLAND GROUP, INC.,           │
                                     │
15              Defendant.           │

16

17        I declare that:

18        I am and was at the time of service of the papers herein, over the age of eighteen (18)
19  years and am not a party to the action. I am employed in the County of Orange, California, and
    my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California  92707.

20        On **July 27, 2016**, I caused to be served the following documents:

21            **NORTHLAND GROUP, INC.'S NOTICE OF REMOVAL OF ACTION
              UNDER 28 U.S.C. 1441 (b) (FEDERAL QUESTION)**
22

23  ☐     **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States
          mail, at Santa Ana, California, with postage thereon fully prepaid, individually,
24        addressed to the parties as indicated.  I am readily familiar with the firm's practice of
          collection and processing correspondence in mailing.  It is deposited with the United
25        States postal service each day and that practice was followed in the ordinary course of
          business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

26  ☐     **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by
          Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.
27

28

                                        1

                                                        CERTIFICATE OF SERVICE

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

    ☐ By personally delivering the copies;

    ☐ By leaving the copies at the attorney's office;

        ☐ With a receptionist, or with a person having charge thereof; or

        ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

    ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 27, 2016, at Santa Ana, California.

                      */s/ Tez Briones*
                      Tez C. Briones

CERTIFICATE OF SERVICE

1

2

Service List
Green v. Northland Group, Inc.

| | |
|---|---|
| Todd M. Friedman, Esq. <br> Adrian R. Bacon, Esq. <br> Law Offices of Todd M. Friedman, P.C. <br> 324 S. Beverly Dr. #725 <br> Beverly Hills, CA 90212 | T: (877) 206-4741 <br> F: (866) 633-0228 <br> tfriedman@toddflaw.com <br> abacon@toddflaw.com <br><br> Attorneys for Plaintiff <br> LOUISE GREEN |

16722609v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE