LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LOUISE GREEN,** | Case No. 4:16-cv-04236-PJH |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **NORTHLAND GROUP, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 4th day of January, 2017.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 4th day of January, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

Debbie Paulerio Kirkpatrick
Sessions Fishman Nathan & Israel, L.L.P

Christopher David Holt
Klinedinst PC

This 4th day of January, 2017.

<u>s/Todd M. Friedman</u>
Todd M. Friedman