James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: 619/758-1891
Fax: 619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant Northland Group, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUISE GREEN, | Case No. ~~3~~4:16-CV-04236-PJH |
| Plaintiffs, | |
| vs. | STIPULATION TO DISMISS AND ~~[PROPOSED]~~ ORDER |
| NORTHLAND GROUP, INC., | |
| Defendants. | |

Plaintiff Louise Green and Defendant Northland Group, Inc., hereby stipulate and request an order dismissing this case in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs and attorneys' fees.

///

///

1

IT IS SO STIPULATED.

Dated: February 15, 2017

         */s/Debbie P. Kirkpatrick*
         Debbie P. Kirkpatrick, Esq.
         SESSIONS, FISHMAN, NATHAN & ISRAEL LLP
         1545 Hotel Circle South, Ste 150
         San Diego, CA 92108
         Tel: 619-758-1891/ Fax: 619-296-2013
         dkirkpatrick@sessions.legal
         Attorneys for Defendant


         */s/ Todd M. Friedman*
         Todd M. Friedman, Esq.
         LAW OFFICE OF TODD M. FRIEDMAN PC
         21550 Oxnard St., Ste. 780
         Woodland Hills, CA 91367
         Tel: 877-206-4741/ Fax: 866-633-0228
         tfriedman@toddflaw.com
         Attorney for Plaintiff

### E-FILER'S ATTESTATION

I obtained the concurrence of Mr. Friedman to file the foregoing.

         */s/Debbie P. Kirkpatrick*
         Debbie P. Kirkpatrick


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 15, 2017       _____
                                              Hon. Phyllis
                                              United States

*[APPROVED stamp: United States District Court, Northern District of California — Judge Phyllis J. Hamilton]*